IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
Terry Deinlein, Acting Clerk
Cincinnati, Ohio

03 NOV 14 PM 3:04

| | | |
|---|---|---|
| United States of America | : | |
| Plaintiff, | : | Case No. C-1-02-352 |
| vs. | : | Judge Sandra S. Beckwith |
| 6016 Ridgeacres Drive, *et al.* | : | |
| Defendants. | : | **JOINT MOTION FOR A CONTINUANCE** |

NOW COME Plaintiff United States of America ("United States") and Mary A. Calloway ("Calloway"), legal owner of Defendants Real Property Known and Numbered as 6016 Ridageacres Drive, Unit C-4, Cincinnati, Hamilton County, Ohio and One Thousand Four Hundred Fifty Dollars ($1450), through counsel, pursuant to Local Rule 7.3(a), and jointly request that this Court continue the date for Rule 26 disclosures for thirty (30) days, so that Calloway may Answer the Complaint. Calloway has not filed an Answer yet because of a misunderstanding between the parties as to the address of the real property over which the United States is seeking forfeiture. This issue has been corrected, and Calloway will file her Answer shortly. All parties agree to the continuance. An agreed Order is attached for the Court's convenience.

Respectfully submitted,

Kathleen M. Brinkman (by ELE)
Kathleen M. Brinkman (0016269)
United States Attorney's Office
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202
Phone: (513) 684-3711

Attorney for Plaintiff
United States of America

Todd H. Bailey (0002407)
Eric L. Emerson (0072916)
Greenebaum Doll & McDonald PLLC
2800 Chemed Center
225 East Fifth Street
Cincinnati, Ohio 45201
Phone: (513) 455-7600
Fax: (513) 455-8500

Attorneys for Mary A. Calloway

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Answer has been served by regular U.S. mail, postage prepaid, to:

Kathleen M. Brinkman, Esq.
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202

on the 14th day of November, 2003.

                                                              _____
                                                              Attorney for Mary A. Calloway

CIN:584340.1

**HAVING SEEN AND AGREED:**

*[signature]*

Todd H. Bailey (0002407)
Eric L. Emerson (0072916)
GREENEBAUM DOLL & McDONALD, PLLC
255 East Fifth Street
2800 Chemed Center
Cincinnati, Ohio 45202
Phone: (513) 455-7600
Fax: (513) 455-8500


*Kathleen M. Brinkman (by ELE)*

Kathleen M. Brinkman (0016269)
UNITED STATES ATTORNEY'S OFFICE
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202
Phone: (513) 684-3711

CIN:584648.1

2