United States District Court
Southern District of Ohio
Western Division

United States of America,
    Plaintiff                                      No. C-1-02-352

vs.                                           Beckwith, J.

6016 Ridgeacres Drive, et al.,
    Defendant                                 **ORDER**

The Joint Motion for Extension of time within which to file Rule 26(f) Report (Doc. 18) is GRANTED and the time extended to December 15, 2003.

                                              _____
                                              s/Susan M. Novotny
                                              Susan M. Novotny
                                              United States Magistrate Judge

J:\CIV\Awaiting pdf filing\02-352 EXTENSION TO FILE RULE 26(F).wpd