FILED
JAMES BONINI
CLERK

03 NOV 25 AM 11: 15

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| United States of America | : | |
| Plaintiff, | : | Case No. C-1-02-352 |
| vs. | : | Judge Sandra S. Beckwith |
| | | Magistrate Judge Jack Sherman Jr. |
| 6016 Ridgeacres Drive, *et al.* | : | |
| | | **VERIFIED STATEMENT OF** |
| Defendants. | : | **MARY A. CALLOWAY** |

MARY A. CALLOWAY, after being duly sworn and states as follows:

1. I have actual knowledge of the statements made herein.

2. My husband Fred Calloway and I, are joint legal owners of Defendant 1, Real Property located at 6101B Ridgeacres Drive, Cincinnati, Hamilton County, Ohio 45237.

3. I am the owner of Defendant 2, one thousand four hundred fifty dollars ($1450.00) in United States currency.

4. The United States of America is currently seeking forfeiture over Defendant 1 and Defendant 2, as instruments of a criminal activity.

5. Defendant 1 and Defendant 2 were not used to commit or facilitate a criminal activity, nor were they ever intended to be used in that regard.

6. I wish to contest the United States of America in this forfeiture action.

Further the Affiant sayeth naught.

*Mary A. Calloway*
Mary A. Calloway

STATE OF OHIO            )
                         )
HAMILTON COUNTY          )


  Subscribed, sworn to, and acknowledged before me by **Mary A. Calloway** this 24th day of November, 2003.

  My Commission Expires: __My Commission Has No Expiration Date__

ERIC LAMAR EMERSON
Attorney At Law
Notary Public, State of Ohio
Section 147.03 R.C.

_____
NOTARY PUBLIC

Respectfully submitted,

_____
Todd H. Bailey
Eric L. Emerson (0072916)
Greenebaum Doll & McDonald PLLC
2800 Chemed Center
225 East Fifth Street
Cincinnati, Ohio 45201
Phone: (513) 455-7600
Fax: (513) 455-8500

Attorneys for Mary A. Calloway

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Answer has been served by regular U.S. mail, postage prepaid, to:

Kathleen M. Brinkman, Esq.
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202

on the 25 day of November, 2003.

_____
Attorney for Mary A. Calloway

CIN:584340.1