UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FRED CALLOWAY     *     CASE NO. C-1-02-352

     Respondant, Pro se     *

     -vs-     *     JUDGE BECKWITH

UNITED STATES OF AMERICA     *

     Petitioner     *     STATEMENT OF INTEREST

     *

FILED JAMES BONINI CLERK
2004 FEB 13 AM 11:40
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WESTDIV CINCINNATI

## MEMORANDUM IN SUPPORT

NOW COMES RESPONDANT, FRED CALLOWAY, APPEARING PRO SE, STATING RESPONDANT HAS LEGAL INTEREST IN REAL PROPERTY SUBJECT TO FORFEITURE IN CASE NO. C-1-02-352. RESPONDANT FURTHER STATES THAT LEGAL INTEREST WAS ESTABLISHED WHEN RESPONDANT ALONG WITH RESPONDANT'S WIFE MADE A LAWFUL PURCHASE OF SAID PROPERTY FOR THE AMOUNT OF $55,000.00 ON JUNE 8, 2001. THUS RESPONDANT'S NAME WAS PLACED ON THE DEED OF THE PROPERTY KNOWN AS DEFENDANT 1 IN THIS CIVIL PROCEEDING CASE NO. C-1-02-352. THIS PROPERTY WAS PURCHASED WITH PROCEEDS OBTAINED FROM A LAWSUIT SETTLEMENT THAT RESPONDANT AND RESPONDANT'S WIFE, MARY CALLOWAY SHARED IN MAY 2001. THEREFORE RESPONDANT STATES THIS LEGAL PURCHASE GIVES RESPONDANT OWNERSHIP RIGHTS AND LEGAL INTEREST TO THE PROPERTY LOCATED AT 6016 RIDGEACRES DRIVE C-4 AKA 6101 B RIDGEACRES DRIVE CINCINNATI, HAMILTON COUNTY, OHIO 45237. RESPONDANT'S PRAYS THIS HONORABLE COURT PROTECTS RESPONDANT'S INTEREST AND OWNERSHIP RIGHTS TO ABOVE MENTIONED PROPERTY.

RESPECTFULLY SUBMITTED
x Fred Calloway
FRED CALLOWAY, Pro se

SWORN TO AND SUBSCRIBED BEFORE ME THIS FIFTH DAY OF FEBURARY 2004.

LEROY KREIMER
Notary Public, State of Ohio
My Commission Expires
December 23, 2008

x Leroy Kreimer
NOTARY PUBLIC

## CERTIFICATE OF SERVICE

A TRUE AND ACCURATE COPY OF THIS STATEMENT OF INTEREST WAS SENT, VIA U.S. MAIL TO KATHLEEN BRINKMAN ASSISTANT U.S. ATTORNEY AT U.S. ATTORNEY'S OFFICE, 221 EAST FOURTH STREET SUITE 400 CINCINNATI, OHIO 45202 ON     DAY OF FEBURARY 2004.

x Fred Calloway