UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| FRED CALLOWAY | # | CASE NO. C-1-02-352 |
| Respondant Pro se, | # | |
| -vs- | # | JUDGE BECKWITH |
| UNITED STATES OF AMERICA | # | |
| Petitioner, | # | ANSWER TO COMPLAINT |
| | # | |

FILED JAMES BONINI CLERK 2004 FEB 13 AM 11:49 US DISTRICT COURT SOUTHERN DIST OHIO WEST DIV CINCINNATI

## MEMORANDUM IN SUPPORT

NOW COMES RESPONDANT, FRED CALLOWAY APPEARING PROSE, WITH LEGAL INTEREST AND OWNERSHIP RIGHTS, IN REAL PROPERTY TITLED DEFENDANT 1 IN CASE NO. C-1-02-352 SUBJECT TO FORFEITURE. HEREBY GIVES ANSWER TO SAID COMPLAINT. IN MAY OF 2001, RESPONDANT GAVE RESPONDANT'S SHARE OF THE PROCEEDS FROM A LAWSUIT TO HIS WIVE, MARY CALLOWAY, FOR THE PURPOSE OF PURCHASING DEFENDANT 1. RESPONDANT SHOULD NOT LOSE RESPONDANT'S LEGAL INTEREST AND/OR PROPERTY FOR THE CRIMINAL BEHAVIOR OF ANOTHER, WHEN RESPONDANT HAD NO KNOWLEDGE OF, WASN'T PRIVY TO, NOR TOOK PART IN, THE CRIMINAL ACTIVITIES IN THE COMPLAINT, THAT HAS SUBJECTED RESPONDANT'S PROPERTY AND/OR INTEREST TO FORFEITURE PROCEEDINGS WERE PERPETRATED BY RESPONDANT'S WIVE WHILE THEY WERE SEPARATED. A SEPARATION THAT BEGAN IN DECEMBER 2000 WITH RESPONDANT MOVING INTO AN APARTMENT, BY HIMSELF, LOCATED AT 278 STARK CINCINNATI, OHIO 45214, AND ENDING IN APRIL 2003 WHEN RESPONDANT WAS RELEASED FROM PRISON. TO DISREGARD RESPONDANT'S LEGAL INTEREST IN RESPONDANT'S PROPERTY AND FORFEIT SAID PROPERTY WOULD NOT ONLY LEAVE RESPONDANT HOMELESS, BUT ALSO WOULD CAUSE RESPONDENT IRREVERSABLE FINANCIAL AND EMOTIONAL INJURY THAT IS TANTAMENT TO PUNISHING AN INNOCENT PERSON(S) FOR CRIMES(S) PERPETRATED BY ANOTHER. A MISCARRIAGE OF JUSTICE THE U.S CONSTITUTION AND THE U.S. CRIMINAL JUSTICE SYSTEM ARE SUPPOSE TO PROTECT AGAINST. THEREFORE, RESPONDANT PRAYS AND RESPECTFULLY REQUESTS THIS HONORABLE COURT TO OVERRULE PETITIONER'S COMPLAINT TO FORFEIT ABOVE MENTIONED PROPERTY TO THE UNITED STATES OF AMERICA.

RESPECTFULLY SUBMITTED
x Fred Calloway
FRED CALLOWAY PROSE

SWORN AND SUBSCRIBED BEFORE ME THIS FIFTH DAY OF FEBURARY 2004

LEROY KREIMER
Notary Public, State of Ohio
My Commission Expires
December 23, 2000

NOTARY PUBLIC

## CERTIFICATE OF SERVICE

A TRUE AND ACCURATE COPY OF THIS ANSWER TO COMPLAINT WAS SENT VIA U.S. MAIL TO KATHLEEN BRINKMAN U.S. ASSISTANT ATTORNEY AT U.S. ATTORNEY'S OFFICE 221 EAST FOURTH STREET SUITE 400 CINCINNATI, OHIO 45202 ON ___ DAY OF FEBURARY 2004.

x Fred Calloway