

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

C-2-2-352

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:02-cv-352 (Beckwith) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| 6016 Ridgeacres Drive C-4, Cincinnati, Ohio et.al. | sum/com/war/writ/not |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Fred (Freddie) Calloway C/O Hamilton County Justice Center

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1000 Sycamore Cincinnati, Ohio 45202

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kathleen M. Brinkman
Assistant U.S. Attorney
U.S. Attorney's Office
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202

| | |
|---|---|
| Number of process to be served with this Form - 285 | 5 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Please serve notice of this civil forfeiture action on the potential claimant by personal service.

02-FBI-001475   02-FBI-001635

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 513-684-3711     DATE: 1/26/04

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 5 | No. 61 | No. 61 | Jessica N. Martin | 1/27/04 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
X Freddie Calloway

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
X Hamilton Co. Justice Center

Date of Service: 1-30-04   Time: pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 0.75 | | 45.75 | | | |

REMARKS: 2 miles @ 37.5¢ per mile = 75¢

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

## INSTRUCTIONS FOR SERVICE OF
## PROCESS BY THE U.S. MARSHAL

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES.

Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.)

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>REAL PROPERTY KNOWN AND<br>NUMBERED AS 6016 RIDGEACRES<br>DRIVE, UNIT C-4, AKA 6101 B<br>RIDGEACRES DRIVE, CINCINNATI,<br>HAMILTON COUNTY, OHIO, WITH ALL<br>APPURTENANCES, IMPROVEMENTS,<br>AND ATTACHMENTS THEREON,<br>    DEFENDANT 1,<br><br>and<br><br>ONE THOUSAND FOUR HUNDRED<br>FIFTY DOLLARS IN UNITED STATES<br>CURRENCY ($1,450.00)<br>    DEFENDANT 2. | CIVIL ACTION NO.: C-1-02-352<br>Judge Beckwith |

## ACKNOWLEDGMENT OF RECEIPT

Fred (Freddie) Calloway, currently residing at the Hamilton County Justice Center; 1000 Sycamore Street; Cincinnati, Ohio 45202, hereby acknowledges receipt of the following documents in the above-styled action: SUMMONS IN A CIVIL ACTION, COMPLAINT FOR FORFEITURE IN REM, WARRANT OF ARREST IN REM, WRIT OF ENTRY, and NOTICE OF IN REM FORFEITURE ACTION.

X _____          1-30-04
Fred (Freddie) Calloway                  Date

_____            1-30-04
U.S. Marshals Service Representative     Date

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

C-1-2-352

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:02-cv-352 (Beckwith) |
| DEFENDANT | TYPE OF PROCESS |
| 6016 Ridgeacres Drive C-4, Cincinnati, Ohio et.al. | sum/com/war/writ/not~~xxxx~~ |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Fred (Freddie) Calloway C/O Perry Ancona, Esq.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1300 American Bldg. 30 E. Central Parkway, Cincinnati, Ohio 45202

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kathleen M. Brinkman
Assistant U.S. Attorney
U.S. Attorney's Office
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202

| Number of process to be served with this Form - 285 | 5 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve notice of this civil forfeiture action upon the potential claimant's attorney by certified mail, return receipt requested.

02-FBI-001475  02-FBI-001635

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 513-684-3711    DATE: 1/26/04

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 5 | No. 61 | No. 61 | | 1/27/04 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 2/6/04    Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $8.00 | | | $8.00 | | |

**REMARKS:**

Certified Mail Receipt Number 7003 0500 0001 0211 4354
Mailed 1/29/04
Served 2/6/04
Received Card 2/9/04
Returned 2/9/04

We received the entire envelope back on 2/11/04 from Mr. Ancona. He says that he doesn't represent Mr. Calloway and he returned the entire envelope!

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

**INSTRUCTIONS FOR SERVICE OF
PROCESS BY THE U.S. MARSHAL**

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES.

Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.)

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.

**Perry L. Ancona Co., L.P.A.**

Attorneys at Law

The Nathaniel Ropes Building, 2nd Floor
917 Main Street
Cincinnati, Ohio 45202

(513) 721-1997
FAX: (513) 241-0154

*RECEIVED
US MARSHALS SERVICE
2004 FEB 11 AM 11: 54
COLUMBUS, OHIO*

February 6, 2004

U.S. Department of Justice
United States Marshals Service
Southern District of Ohio
85 Marconi Boulevard, Suite 460
Columbus, Ohio 43215-2835

Via Certified Mail/Return Receipt Requested

**RE: Certified Mail 7003 0500 0001 0211 4354**

To Whom It May Concern:

Enclosed please find an unopened certified mail envelope (7003 0500 0001 4354) received on 2/6/04. I do not represent Fred (Freddie) Calloway and therefore, I am returning this to your office.

The receptionist on a different floor of my building mistakenly signed for the enclosure.

Very truly yours,

Perry L. Ancona

PLA/vz
Enclosure

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Fred (Freddie) Calloway
c/o Perry Ancona, Esq.
~~1300 American Building~~ 917
~~30 East Central Parkway~~ MAIN St,
Cincinnati, Ohio 45202  #2nd floor

4a. Article Number
7003 0500 0001 0211 4354

4b. Service Type
☐ Registered   ☒ Certified
☐ Express Mail   ☐ Insured
☒ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery: 2-6

5. Received By: (Print Name)
M 3 ai

6. Signature: (Addressee or Agent)
X _____

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, December 1994          Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Print your name, address, and ZIP Code in this box •

U.S. MARSHAL SERVICE
ROOM 460
85 MARCONI BLVD
COLUMBUS OH 43215

RECEIVED
U.S. MARSHALS SERVICE
2004 FEB -9 PM 12: 11
COLUMBUS, OHIO