*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | C-1-02-352 |
| Certified Fee | | DOC. 24 |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Fred Calloway
Street, Apt. No.; or PO Box No.: c/o Hamilton Cty. Justice Center
City, State, ZIP+4: 1000 Sycamore, Cinti, OH 45202

7001 2510 0008 6348 8292