**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fred Calloway
c/o Hamilton County Justice Center
1000 Sycamore
Cinti, OH 45202.

C-1-02-352  Doc. 24

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Amanda Dick
☐ Agent
☐ Addressee

B. Received by (Printed Name): 

C. Date of Delivery: 3-17-04

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7001 2510 0008 6348 8292

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835