## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff,

vs.

Real property known as
6016 Ridgeacres Drive,
    Defendant

**Civil Action No: C-1-02-352**

**CALENDAR ORDER**
(Beckwith, J.; Perelman, M.J.)

This case shall proceed as follows:

1. Deadline for Motion for Leave to Amend Complaint and add parties: 5/21/04

2. Discovery deadline: 8/6/04

   Deadline to identify primary experts: none expected

   Deadline to identify rebuttal experts: none expected

   Parties to exchange witness lists and testimony summary: 7/6/04

3. Dispositive motion deadline: 10/1/04

4. Final Pretrial Conference before Judge Beckwith: 2/05

5. The parties will be ready for Trial before Judge Beckwith: 3/04

    _s/David S. Perelman_
    David S. Perelman
    United States Magistrate Judge