

FILED
JAMES BONINI
CLERK

04 APR 22 AM 11: 07

Fred Calloway
c/o Hamilton County Justice Center
1000 Sycamore
Cincinnati, OH 45202

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff,

vs.

Real property known as
6016 Ridgeacres Drive,
    Defendant

Civil Action No: C-1-02-352

**CALENDAR ORDER**
(Beckwith, J.; Perelman, M.J.)

This case shall proceed as follows:

1. Deadline for Motion for Leave to Amend Complaint and add parties: 5/21/04

2. Discovery deadline:     8/6/04

    Deadline to identify primary experts:     none expected

    Deadline to identify rebuttal experts:     none expected

    Parties to exchange witness lists and testimony summary:     7/6/04

3. Dispositive motion deadline:     10/1/04

4. Final Pretrial Conference before Judge Beckwith: 2/05

5. The parties will be ready for Trial before Judge Beckwith: 3/04

    s/David S. Perelman
    David S. Perelman
    United States Magistrate Judge