UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: C-1-02-352 |
| | : | |
| Plaintiff, | : | Judge Sandra J. Beckwith |
| | : | Magistrate Judge David S. Perelman |
| v. | : | |
| | : | **MARY A. CALLOWAY'S** |
| 6016 RIDGEACRES DRIVE, *et al.* | : | **IDENTIFICATION OF WITNESSES** |
| | : | |

Respondant, Mary A. Calloway ("Calloway"), through counsel, hereby files the following Identification of Witnesses in accordance with the Court's April 7, 2004 Order.

At this time, Calloway, intends that her witnesses for the above-referenced matter shall be:

Mary A. Calloway
6106B Ridgeacres Drive
Cincinnati, Ohio 45237

Ms. Calloway is expected to testify regarding the facts of February 19, 2002 and previous, which led to the subject of the Complaint; her medical condition(s) related thereto; treatment she has received related to same; and the facts and circumstances of her purchase, possession and ownership of Defendants 1 and 2.

Calloway also intends to provide testimony from an expert appraiser regarding the value of Defendant 1. At this time, Calloway has not retained this expert. Calloway will supplement this identification.

Calloway will call all witnesses identified by Plaintiff, as if on cross-examination.

Calloway reserves the right to amend and add to this identification of witnesses.

Respectfully submitted,

*[signature]*

Todd H. Bailey (0002407)
Eric L. Emerson (0072916)
GREENEBAUM DOLL & McDONALD PLLC
2800 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Phone: (513) 455-7600
Fax: (513) 455-8500

Counsel for Respondant
Mary A. Calloway

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by regular U.S. mail, postage prepaid:

Kathleen M Brinkman
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202

Fred Calloway
c/o Hamilton County Justice Center
1000 Sycamore Street
Cincinnati, Ohio 45202

on this 6th day of July, 2004.

*[signature]*

Counsel for Defendant

CIN:602635.1

2