UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| PLAINTIFF, | : | CASE NO.   1:02-cv-352 |
| | : | |
| V. | : | |
| | : | |
| REAL PROPERTY KNOWN AND | : | CHIEF JUDGE BECKWITH |
| NUMBERED AS 6016 RIDGEACRES | : | MAGISTRATE JUDGE BLACK |
| DRIVE, UNIT C-4, CINCINNATI, | : | |
| HAMILTON COUNTY, OHIO, WITH ALL | : | |
| APPURTENANCES, IMPROVEMENTS, | : | |
| AND ATTACHMENTS THEREON, et al., | : | |
| | : | |
| DEFENDANTS. | : | |

NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD

Pursuant to Local Rule 83.4(d), notice is hereby given that Donetta D. Wiethe, Assistant United States Attorney, is hereby substituted as Trial Attorney of Record in the within cause for the Plaintiff, United States of America, in the place and instead of Assistant United States Attorney, Kathleen M. Brinkman.  This substitution is being made with the knowledge and consent of the Plaintiff.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Kathleen M. Brinkman
KATHLEEN M. BRINKMAN (0016269)
Assistant United States Attorney
Attorney for Plaintiff
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6385
Kathleen.Brinkman @usdoj.gov

s/Donetta D. Wiethe
DONETTA D. WIETHE (0028212)
Assistant United States Attorney
Attorney for Plaintiff
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6972
Donetta.Wiethe @usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Substitution of Counsel of Record was served by electronic mail upon: Eric Emerson and Todd Bailey, attorneys for claimant Mary Calloway, at [ele@gdm.com](mailto:ele@gdm.com) and [thb@gdm.com](mailto:thb@gdm.com) and by regular U.S. Mail upon Fred Calloway, Pro Se, C/O Hamilton County Justice Center, 1000 Sycamore, Cincinnati, Ohio 45202 on this 20th day of October, 2004.

      s/Donetta D. Wiethe  
      DONETTA D. WIETHE (0028212)  
      Assistant United States Attorney