UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF, | : | CASE NO. C-1-02-352 |
| | : | |
| V. | : | **SETTLEMENT AGREEMENT** |
| | : | |
| REAL PROPERTY KNOWN AND<br>NUMBERED AS 6016 RIDGEACRES<br>DRIVE, UNIT C-4, ET AL.,<br>DEFENDANTS. | : | |

---

Claimant Mary A. Calloway and the United States, the parties, agree as follows.

1. The parties desire to resolve their dispute in this case.

2. Claimant agrees to execute, concurrently with her execution of this Settlement Agreement:

   a. a consent judgment in favor of the United States in the amount of $50,000 which shall result in a lien in favor of the United States against all real property of Claimant, all in lieu of the forfeiture of Defendant 1 under 21 U.S.C. § 881(a)(7);

   b. a consent judgment of forfeiture in favor of the United States against the $1,450 in U.S. currency that is Defendant 2, which extinguishes all right, title, and interest of Claimant in Defendant 2 and vests it in the United States under 21 U.S.C. § 881(a)(6).

3. The United States agrees, and shall include as a limitation in the lien described above, that the United States shall not foreclose or otherwise execute against Defendant 1 to enforce the lien except upon the occurrence of any of the following: the death of Mary Calloway, the sale of

Defendant 1 for any reason, or the transfer of all or part of Defendant 1 to anyone other than Mary Calloway.

4. The United States agrees to release Defendant 1 from this action and to release the lis pendens notices relating to Defendant 1 after the lien described above is filed in public records.

*Mary Calloway*  Date 11-12-04
MARY CALLOWAY
Claimant

*[signature]*  Date 11/17/04
TODD H. BAILEY (0002407)
Attorney for Claimant
Greenebaum Doll & McDonald PLLC
255 East Fifth Street
2800 Chemed Center
Cincinnati, Ohio 45202
(513) 455-8500

GREGORY G. LOCKHART

*Donetta DiLotto AUSA 0028212*  11-19-04
KATHLEEN M. BRINKMAN (0016269)  Date
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711

n: callowaysettlementagreement3.wpd 09/28/04

2