UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, | : : : | CASE NO. C-1-02-352 |
| V. | : : | CONSENT JUDGMENT |
| REAL PROPERTY KNOWN AND NUMBERED AS 6016 RIDGEACRES DRIVE, UNIT C-4, ET AL., DEFENDANTS. | : : : : : | |

Claimant Mary Calloway agrees to the entry against her of:

1. a consent judgment of forfeiture in favor of the United States against the $1,450.00 in U.S. currency that is Defendant 2 under 21 U.S.C. § 881(a)(6); and

2. a consent judgment in favor of the United States in the amount of $50,000 which consent judgment shall give rise to a lien against all of Mary Calloway's real property, all in lieu of the forfeiture of the real property that is Defendant 1 under 21 U.S.C. § 881(a)(7).

Therefore, with the consent of Claimant Mary Calloway, it is

ORDERED, ADJUDGED, and DECREED that, under 21 U.S.C. § 881(a)(6), a consent judgment of forfeiture is entered in favor of the United States against Defendant 2, and all right, title, and interest that Claimant Mary Calloway may have in Defendant 2 is extinguished, and all right, title, and interest in Defendant 2 is hereby vested in the United States. It is also

ORDERED, ADJUDGED, and DECREED that, in lieu of the forfeiture, under 21 U.S.C. § 881(a)(7), of the real property that is Defendant 1, a consent judgment in favor of the United States is entered against Mary Calloway in the amount of $50,000, which consent judgment shall give rise to a lien against all Mary Calloway's real property under the terms of the Settlement Agreement in this case.

_Mary Calloway_  |  11-12-04
MARY CALLOWAY  Date
Claimant

_Todd H. Bailey_  |  11/19/04
TODD H. BAILEY (0002407)  Date
Attorney for Claimant
Greenebaum Doll & McDonald PLLC
255 East Fifth Street
2800 Chemed Center
Cincinnati, Ohio 45202
(513) 455-8500

GREGORY G. LOCKHART
United States Attorney

_Kathleen Brinkman_  |  11-19-04
KATHLEEN M. BRINKMAN (0016269)  Date
Assistant United States Attorney  0028212
221 East fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711

It is so ORDERED:

_S. Arthur Spiegel_  SANDRA BECKWITH, CHIEF
~~Senior~~ United States District Judge

2